# Exhibit A

MCDOWELL MOUNTAIN
JUSTICE COURT
FILED

2015 DEC -1  PM 3: 46

**MCCARTHY LAW PLC**
CANDID CONVERSATION. WISE COUNSEL.

Kevin Fallon McCarthy, 011017
Joon N. Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
joon.kee @mccarthylawyer.com
Attorneys for Plaintiff(s)

**MCDOWELL MOUNTAIN JUSTICE COURT**
**MARICOPA COUNTY, STATE OF ARIZONA**
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

MICHELLE MANNING

      Plaintiff,

v.

CITIFINANCIAL INC., EQUIFAX
INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., AND TRANSUNION, LLC,

      Defendants.

Case No.: 20 1 5 2 2 3 5 9 3 $\mathcal{R}$

**COMPLAINT FOR VIOLATION OF
FAIR CREDIT REPORTING ACT (15
U.S.C. § 1681 *et seq.*)**

COMES NOW Plaintiff, Michelle Manning ("Plaintiff"), by and through counsel undersigned, and for its cause of action against the Defendants above-named alleges as follows:

    1.    That Plaintiff is and was at all times hereinafter mentioned a resident of Maricopa County, Arizona.

    2.    That, on information and belief, Defendant, CITIFINANCIAL, INC., ("CITI") is, and at all times relevant hereto was, a corporation registered with the Arizona Corporation Commission as a Foreign Corporation doing business in Arizona and has designated the following registered statutory agent: CT CORPORATION SYSTEM, 3800 NORTH CENTRAL AVENUE SUITE 460, PHOENIX, ARIZONA 85012.

    3.    That, on information and belief, Defendant CITI, is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

    4.    That, on information and belief, Defendant, EQUIFAX INFORMATION SERVICES LLC, ("EQUIFAX"), is a credit reporting agency, as defined by 15 U.S.C. §

1 | 1681a(f), licensed to do business in Arizona and has designated the following registered statutory

2 | agent: CORPORATION SERVICE COMPANY, 2338 WEST ROYAL PALM ROAD, STE. J,

3 | PHOENIX, ARIZONA 85021.

4 |      5.    That, on information and belief, Defendant, EQUIFAX, is, and at all times

5 | relevant hereto was, regularly doing business in the State of Arizona.

6 |      6.    That, on information and belief, Defendant, EXPERIAN INFORMATION

7 | SOLUTIONS, INC. (Herein after "Experian") is a credit reporting agency, as defined by 15

8 | U.S.C. § 1681a(f), licensed to do business in Arizona and has designated the following registered

9 | statutory agent: CT CORPORATION SYSTEM, 3800 NORTH CENTRAL AVENUE, SUITE

10 | 460, PHOENIX, ARIZONA 85012.

11 |      7.    That, on information and belief, Defendant, Experian, is, and at all times relevant

12 | hereto was, regularly doing business in the State of Arizona.

13 |      8.    That, on information and belief, Defendant, TRANSUNION LLC.

14 | ("Transunion"), is a credit reporting agency, as defined by FCRA § 1681a(f), licensed to do

15 | business in Arizona and has designated the following registered statutory agent: PRENTICE-

16 | HALL CORP SYSTEM, 2338 WEST ROYAL PALM ROAD, STE-J, PHOENIX, AZ 85021.

17 |      9.    That, on information and belief, Defendant, TransUnion, is, and at all times

18 | relevant hereto was, regularly doing business in the State of Arizona.

19 |      10.    That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the

20 | Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendants as it

21 | had the necessary minimum contacts with the State of Arizona.

22 |      11.    That the Plaintiff is a consumer and victim of inaccurate reporting by Defendants.

23 |      12.    That Defendant CITI account ending in 5404 ("Account") was being serviced by a

24 | debt collection agency, Capital Management Services, LP. Exhibit A.

25 |      13.    That on May 19, 2014, Capital Management Services, LP, and Plaintiff's counsel,

26 | McCarthy Law, PLC, reached an agreement on behalf of their clients to settle Plaintiff's

27 | Account. Exhibit B.

28 |      14.    That Plaintiff completed the payments pursuant to the settlement offer and Capital

McCarthy Law. PLC
4250 N. Drinkwater Blvd

Manning v. Citifinancial. INC. et al.    2    COMPLAINT

1  Management Services, LP accepted these payments for Account. Exhibit B.

2      15.     That Plaintiff completed the payments pursuant to the settlement offer and Capital

3  Management Services, LP accepted these payments for Account. Exhibit C.

4      16.     On October 28, 2015, Plaintiff sent written disputes regarding the accuracy of the

5  derogatory information reported by the Defendant CRAs. Exhibits D - F.

6      17.     That CITI is willfully reporting derogatory and inaccurate information about

7  Plaintiff to one or more consumer reporting agencies by continuing to report a balance on

8  Account, as defined by 15 U.S.C. § 1681a.

9      18.     The Defendants, Experian, Equifax, and TransUnion (referred to herein as

10  "Defendant CRAs") are willfully reporting derogatory and inaccurate information about Plaintiff

11  to third-parties.

12     19.     The Defendant CRAs have failed to correct the inaccurate reporting of the

13  Account in violation of 15 U.S.C. § 1681i and to the detriment of the consumer Plaintiff.

14  Exhibits G - I.

15     20.     That Defendant CRAs, willfully failed to maintain reasonable procedures to assure

16  maximum accuracy of the information contained in Plaintiff's credit report in violation of 15

17  U.S.C. § 1681e.

18     21.     The foregoing acts and omissions of the Defendants constitute unacceptable

19  violations of the FCRA.

20     22.     As a result of the foregoing, Plaintiff has suffered damages in an amount to be

21  shown at trial but not exceeding $10,000.00.

22         WHEREFORE, Plaintiff seeks a reasonable and fair judgment against defendant for

23  willful noncompliance of the Fair Credit Reporting Act and seeks his statutory remedies as

24  defined by 15 U.S.C. § 1681n and demands:

25         1.  Actual damages, pursuant to 15 U.S.C. § 1681n(a)(1)(A), of not less than $100

26             and not more than $1,000 per violation;

27         2.  Punitive damages, pursuant 15 U.S.C. § 1681n(a)(2), for Defendant's willful

28             violation;

McCarthy Law, PLC
4250 N. Drinkwater Blvd

Manning v. Citifinancial. INC. et al.          3          COMPLAINT

3. The costs of instituting this action together with reasonable attorney's fees incurred by Plaintiff pursuant to 15 U.S.C. § 1681n(a)(3); and

4. Any further legal and equitable relief as the court may deem just and proper in the circumstances.

Respectfully submitted this 30th day of November, 2015.

MCCARTHY LAW, PLC

By: _____

Joon N. Kee, Esq.
Kevin Fallon McCarthy, Esq.
Attorneys for Plaintiffs

McCarthy Law, PLC
4250 N. Drinkwater Blvd

Manning v. Citifinancial. INC. et al.          4          COMPLAINT

# EXHIBIT A

698 1/2 SOUTH OGDEN STREET
BUFFALO, NY 14206-2317



**CAPITAL MANAGEMENT SERVICES, LP**
698 1/2 South Ogden Street Buffalo, NY 14206-2317
Office Hours: M-F 8 a.m. - 10 p.m. ET
Sat 8 a.m. - 4 p.m. ET
Toll Free: 1-877-218-8319, Fax: (716) 512-6020

Reference# 089779298

||||||||||||||||||||||||||||||||

|||||||||||||||||||||||||||||||||||||||||||||||||
T15 P2****AUTO**ALL FOR AADC 852

Michelle Manning
5393 W HARRISON CT
CHANDLER, AZ 85226-1934

Description: NETWORK PERSONAL LOAN
Current Creditor: CITIFINANCIAL, INC
Account #: XXXXXXXXXXX5404
AMOUNT ENCLOSED: _____
Balance: $2086.36

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT TO ADDRESS LISTED BELOW

. March 08, 2013

Dear Michelle Manning:

This company has been engaged by CITIFINANCIAL, INC to resolve your delinquent debt of $2086.36. Please submit your payment and make your check or money order payable to Onemain Financial to the address listed below.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different than the current creditor.

Our representatives are trained to offer assistance regarding this obligation. For account inquiries, you may contact Capital Management Services, LP. at 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 or call 1-877-218-8319 Mon. through Fri. 8 am to 10 pm ET, Sat. 8 am to 4 pm ET. Payments and correspondence should be mailed to: Capital Management Services, LP, P.O. Box 120, Buffalo, NY 14220-0120. Overnight deliveries should be addressed to: Capital Management Services, LP., 698 1/2 South Ogden Street, Buffalo, NY 14206-2317.

This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.

Capman-122733.txt 123252 * 01-CITIFINANCIAL, INC-001862-AZ * 6840

# EXHIBIT B

**Capital Management Services, LP.**
Tel- (1-800-457-8220)
Fax – (716) 512-6020

# Facsimile transmittal

| | | | |
|---|---|---|---|
| To:  *Joan* | | Fax: | **602-218-4447** |
| From:  **CMS** | | Date: | May 19, 2014 |
| Ref#: **89779298** | | Pages: | 3 |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Disclaimer: "This communication system, (including all hardware, software, and peripheral equipment, including faxes or printouts) is the property of CMSI. Use of this communication system is restricted to official CMSI business. CMSI reserves the right to monitor use of this communication system at any time. Use of this communication system constitutes consent to such monitoring. Any unauthorized access, use, or modification of the communication system may result in civil liability and/or criminal penalties."

698 ½ South Ogden St
Buffalo, NY14206
Tel: (716) 871-9050
Fax: (716) 512-6046

39

# Capital Management Services, LP

May 19, 2014

Michelle Manning
5393 W Harrison Court
Chandler, AZ 85226

Reference #: 89779292
Account #: XXXXXXXXXXX5404
Description: Network Personal Loan
Current Creditor: Citifinancial
Balance: $2086.36

Dear Michelle Manning:

Capital Management Services, L.P. has been engaged by Citifinancial, and is authorized to accept less than the full balance on the above mentioned account. The settlement offer shall be in the total amount of $1043.18, the final payment due on 08/28/14. We are not obligated to renew this offer.

| Installments | Amount | Due Date |
|---|---|---|
| 1 | $243.18 | 5/28/14 |
| 2 | $260.00 | 6/28/14 |
| 3 | $260.00 | 7/28/14 |
| 4 | $260.00 | 8/28/14 |

Upon clearance of sufficient funds, our records will be updated to reflect that the above account has been satisfied.

Please submit your payment and make your check or money order payable to Citifinancial to the address below or you may call 877-211-5288 for other convenient payment options. Payments should be mailed to: Capital Management Services, L.P. P.O. Box 120, Buffalo, NY 14220-0120. Overnight deliveries should be addressed to: Capital Management Services, L.P., 698 ½ South Ogden Street, Buffalo, NY 14206-2317.

Whenever $600.00 or more in principal of a debt is discharged as a result of settling a debt for less than the balance owing, the creditor may be required to report the amount of the debt discharged to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the creditor. If you are uncertain of the legal or tax consequences, we encourage you to consult your legal or tax advisor.

This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.

Please see the additional page with this letter that may contain important information. We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.

CMS - *SIF DUE - Cfn

ADDITIONAL INFORMATION FOR CALIFORNIA RESIDENTS
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection
Practices Act require that, except under unusual circumstances, collectors may not contact you
before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by
using obscene language. Collectors may not use false or misleading statements or call you at
work if they know or have reason to know that you may not receive personal calls at work. For
the most part, collectors may not tell another person, other than your attorney or spouse, about
your debt. Collectors may contact another person to confirm your location or enforce a judgment.
For more information about debt collection activities, you may contact the Federal Trade
Commission at 1-877-FTC-HELP or www.ftc.gov.

ADDITIONAL INFORMATION FOR COLORADO RESIDENTS
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES
ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA

A consumer has the right to request in writing that a debt collector or collection agency cease
further communication with the consumer. A written request to cease communication will not
prohibit the debt collector or collection agency from taking any other action authorized by law to
collect the debt.

Our in-state office is located at 1776 S Jackson Street, Suite 900, Denver, CO 80210 telephone
number (303) 753-0945. We suggest that you send all correspondence and payments to our home
office listed on top of letter. We also suggest that you contact our home office via telephone for
any verbal inquiries that you may have.

ADDITIONAL INFORMATION FOR MASSACHUSETTS RESIDENTS
NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT
TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR
PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY
TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST
POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU
MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

ADDITIONAL INFORMATION FOR MINNESOTA RESIDENTS
This collection agency is licensed by the Minnesota Department of Commerce.

ADDITIONAL INFORMATION FOR NEW YORK CITY RESIDENTS
This collection agency is licensed by the New York City Department of Consumer Affairs,
License No. 1242722.

ADDITIONAL INFORMATION FOR NORTH CAROLINA RESIDENTS
This collection agency conducts business in the state of North Carolina under North Carolina
Department of Insurance Permit No. 4416.

ADDITIONAL INFORMATION FOR TENNESSEE RESIDENTS
This collection agency is licensed by the Collection Service Board of the Department of
Commerce and Insurance.

# EXHIBIT C

## Check Image Inquiry Results

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| ▮▮▮▮▮ | 2214 | $20.00 | 08/25/2014 | ▮▮▮▮▮ |





**Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| ███████ | 201234146 | $243.18 | 05/28/2014 | ███████ |



## Check Image Inquiry Results

| Account # | Check #<br>201245750 | Amount<br>$260.00 | Paid Date<br>06/24/2014 | Sequence # |
|-----------|---------|--------|-----------|-----------|
| ████ | | | | ████ |

Global Client Solutions, LLC Custodian
FBO Michelle M. Manning
4500 South 129th East Ave, Suite 175
Tulsa, Ok 74134

Comerica Bank
1717 Main St
Dallas, TX 75201

32-75/1110

201245750
051814_121525

P12978718
Date:    06/18/2014
Amount: $** 260.00

Pay:  TWO HUNDRED SIXTY AND XX / 100 DOLLARS

For:  89779292
Reference 89779292
Manning Michelle
Citi 8404

To The
Order
Of

Capital Management Services LP
698 1/2 South Ogden Street
Buffalo, NY US 14206

Authorized Signature
Questions: (877)293-8230
Void After 90 Days

Capital Management
- 790051Q392
For Deposit Only

**Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| ▮▮▮▮ | 201257433 | $260.00 | 07/24/2014 | ▮▮▮▮ |



## Check Image Inquiry Results

| Account # | Check # | Amount | Paid Date | Sequence # |
|-----------|---------|--------|-----------|------------|
| ■■■■■ | ■■■■ | $260.00 | 08/25/2014 | ■■■■ |





**Capital Management Services, LP.**
Tel- (1-800-457-8220)
Fax – (716) 512-6020

# Facsimile transmittal

| | | | |
|---|---|---|---|
| To: | JOAN | Fax: | 602 218 4447 |
| From: | CMS | Date: | September 10, 2015 |
| Ref#: | 089779298 | Pages: | 3 |

☐ Urgent   ☐For Review   ☐ Please Comment   ☐ Please Reply   ☐Please Recycle

Disclaimer: "This communication system, (including all hardware, software, and peripheral equipment, including faxes or printouts) is the property of CMS. Use of this communication system is restricted to official CMS business. CMS reserves the right to monitor use of this communication system at any time. Use of this communication system constitutes consent to such monitoring. Any unauthorized access, use, or modification of the communication system may result in civil liability and/or criminal penalties."

SEP. 10. 2015 10:32AM    CAPITAL MANAGEMENT    NO. 254    P. 2/3

698 ½ South Ogden St
Buffalo, NY 14206
Tel: (716) 871-9050
Fax: (716) 512-6046

41

# Capital Management Services, LP

MICHELLE MANNING
C/O ASHLEY TUSHMAN
4250 N DRINKWATER BLVD STE 320
SCOTTSDALE, AZ 85251

September 10, 2015

Reference #: 089779298
Account #: XXXXXXXXXXXX5404
Description: NETWORK PERSONAL LOAN
Current Creditor: CITIFINANCIAL, INC
Balance: $.00

Dear MICHELLE MANNING:

We are in receipt of your payment(s) in the total amount of $280.00 which was received in our office on 08/22/15 for your account.

This letter serves as confirmation that as duly authorized representatives of CITIFINANCIAL, INC, Capital Management Services, L.P., has accepted this payment as Settled for less than the full balance on the above mentioned account, upon clearance of sufficient funds.

Whenever $600.00 or more in principal of a debt is discharged as a result of settling a debt for less than the balance owing, the creditor may be required to report the amount of the debt discharged to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the creditor. If you are uncertain of the legal or tax consequences, we encourage you to consult your legal or tax advisor.

This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.

Please see the additional page with this letter that may contain important information. We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.

CMS - ⁸SIF PD - Cui

Case 2:16-cv-00049-DKD   Document 1-1   Filed 01/08/16   Page 20 of 61

## ADDITIONAL INFORMATION FOR CALIFORNIA RESIDENTS

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

## ADDITIONAL INFORMATION FOR COLORADO RESIDENTS

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Our in-state office is located at 1776 S Jackson Street, Suite 900, Denver, CO 80210 telephone number (303) 753-0945. We suggest that you send all correspondence and payments to our home office listed on top of letter. We also suggest that you contact our home office via telephone for any verbal inquiries that you may have.

## ADDITIONAL INFORMATION FOR MASSACHUSETTS RESIDENTS
NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

## ADDITIONAL INFORMATION FOR MINNESOTA RESIDENTS
This collection agency is licensed by the Minnesota Department of Commerce.

## IMPORTANT NOTICES FOR NEW YORK STATE RESIDENTS
If a creditor or debt collector receives a money judgment against you in court, state and federal laws prevent the following types of income from being taken to pay the debt:
1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

## ADDITIONAL INFORMATION FOR NEW YORK CITY RESIDENTS
This collection agency is licensed by the New York City Department of Consumer Affairs, License No. 1242722.

## ADDITIONAL INFORMATION FOR NORTH CAROLINA RESIDENTS
This collection agency conducts business in the state of North Carolina under North Carolina Department of Insurance Permit No. 4416.

## ADDITIONAL INFORMATION FOR TENNESSEE RESIDENTS
This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

# EXHIBIT D

Michelle M. Manning
5393 W. Harrison Court
Chandler, AZ 85226

October 28, 2015

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374

Re:   **Name: Michelle M. Manning**
      **Social Security #:** ████████9436
      **Date of Birth:** ████████
      **Report date:  10/15/15**

To Whom It May Concern,

I am writing to dispute the following information in my file. I have attached the items I dispute on the enclosed copy of the credit report I received.

This item Citifinancial account #█████████5404 is incorrectly reporting a balance owed of $1,043.00. This is inaccurate as this account was settled with Capital Management, a collection agency acting on behalf of Citibank. This account was paid as agreed in August 2014. I am requesting that the item be corrected to reflect a zero balance owed.

Please investigate this matter and correct the disputed item as soon as possible.

Sincerely,

Michelle M. Manning

MICHELLE M MANNING
Report As Of: 10/15/2015



## Personal Information

Here you will find your personal information, including your legal name(s), year of birth, currenty and previous addresses, and current and previous employers.



| Profile | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Name**<br>**(Also Known As) AKA** | MICHELLE M MANNING | MICHELLE MANNING<br>MICHELLE POWERS | MICHELLE M MANNING<br>MANNING,MICHELLE,MARIE<br>POWERS,MICHELLE,M |
| **Year of Birth**<br>**Address(es)** | 1960<br>5393 W HARRISON CT,<br>CHANDLER, AZ 85226-1934 | 1960<br>5393 W HARRISON CT,<br>CHANDLER, AZ 85226 | 1960<br>5393 HARRISON CT, CHANDLER,<br>AZ 85226 |
| **Current Employer**<br>**Previous Employer** | MED MARK<br>arizona highways | MEDIA AMERICA CORP<br>MAC PHX MAG | STATE OF ARIZONA |

### Personal Statement

This space is reserved for statements of dispute. For most consumers, no information appears in this section.

MICHELLE M MANNING
Report As Of: 10/15/2015



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



| CITIFINANCIAL  |  | Experian | Equifax | TransUnion |
|---|---|---|---|---|
| | Account Name | | CITIFINANCIAL | CITIFINANCIA |
| Potentially Negative Closed | Account # | | 607209182718XXXX | 607209182718XXXX |
| | Account Type | | Personal Loans Cos. | Finance, personal |
| 8009226235 | Balance | | $1,043.00 | $1,043.00 |
| 605 MUNN ROAD | Past Due | | $1,043.00 | $1,043.00 |
| C/S CARE DEPT | Date Opened | | 4/28/2007 | 4/28/2007 |
| FORT MILL, SC 29715 | Account Status | | Closed | Closed |
| | Mo. Payment | | $150.00 | $150.00 |
| | Payment Status | | Bad debt & placed for collection & skip | Charged off as bad debt |
| | High Balance | | $0.00 | $7,490.00 |
| | Limit | | $0.00 | $0.00 |
| | Terms | | M 76M | 76 Months |
| | Comments | | CHARGED OFF ACCOUNT. PRINCIPAL DEFERRED / INTEREST PAYMENT ONLY | |

### 24/Mo Payment History

| | 2013 | | | | 2014 | | | | | | | | | | 2015 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
| Equifax | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |

# EXHIBIT E

Michelle M. Manning
5393 W. Harrison Court
Chandler, AZ 85226

October 28, 2015

Experian
NCAC
PO Box 9701
Allen, TX 75013

Re:   Name: Michelle M. Manning
      Social Security #:          9436
      Date of Birth:
      Report date:  10/15/15

To Whom It May Concern,

I am writing to dispute the following information in my file. I have attached the items I dispute on the enclosed copy of the credit report I received.

This item Citifinancial account #            5404 is incorrectly reporting a balance owed of $1,043.00.  This is inaccurate as this account was settled with Capital Management, a collection agency acting on behalf of Citibank.  This account was paid as agreed in August 2014. I am requesting that the item be corrected to reflect a zero balance owed.

Please investigate this matter and correct the disputed item as soon as possible.

Sincerely,

Michelle M. Manning

MICHELLE M MANNING
Report As Of: 10/15/2015

 Experian®

## Personal Information

Here you will find your personal information, including your legal name(s), year of birth, currently and previous addresses, and current and previous employers.



| Profile | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Name** **(Also Known As) AKA** | MICHELLE M MANNING | MICHELLE MANNING, MICHELLE POWERS | MICHELLE M MANNING, MANNING,MICHELLE;MARIE POWERS,MICHELLE,M |
| **Year of Birth** **Address(es)** | 1960 5393 W HARRISON CT, CHANDLER, AZ 85226-1934 | 1960 5393 W HARRISON CT, CHANDLER, AZ 85226 | 1960 5393 HARRISON CT, CHANDLER, AZ 85226 |
| **Current Employer** **Previous Employer** | MED MARK arizona highways | MEDIA AMERICA CORP MAC PHX MAG | STATE OF ARIZONA |

### Personal Statement

This space is reserved for statements of dispute. For most consumers, no information appears in this section.

MICHELLE M MANNING
Report As Of: 10/15/2015



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



**CITIFINANCIAL**                    Experian          Equifax          TransUnion

Potentially Negative Closed

8009226235
300 SAINT PAUL PL
BALTIMORE, MD 21202

| | |
|---|---|
| Account Name | CITIFINANCIAL |
| Account # | 607209182718XXXX |
| Account Type | Personal Loan Companies |
| Balance | $1,043.00 |
| Past Due | $1,043.00 |
| Date Opened | 4/1/2007 |
| Account Status | Closed |
| Mo. Payment | $0.00 |
| Payment Status | Charge-off |
| High Balance | $0.00 |
| Limit | $0.00 |
| Terms | 76 Months |
| Comments | |

### 24/Mo Payment History

| | 2013 | | | 2014 | | | | | | | | | | | | 2015 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG |
| Experian | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |

# EXHIBIT F

Michelle M. Manning
5393 W. Harrison Court
Chandler, AZ 85226

October 28, 2015

Transunion Consumer Relations
PO Box 2000
Chester, PA 19022-2000

Re:   **Name:  Michelle M. Manning**
      **Social Security #:** [REDACTED]**9436**
      **Date of Birth:** [REDACTED]
      **Report date:  10/15/15**

To Whom It May Concern,

I am writing to dispute the following information in my file. I have attached the items I dispute on the enclosed copy of the credit report I received.

This item Citifinancial account #[REDACTED]5404 is incorrectly reporting a balance owed of $1,043.00. This is inaccurate as this account was settled with Capital Management, a collection agency acting on behalf of Citibank. This account was paid as agreed in August 2014. I am requesting that the item be corrected to reflect a zero balance owed.

Please investigate this matter and correct the disputed item as soon as possible.


Sincerely,

Michelle M. Manning

MICHELLE M MANNING
Report As Of: 10/15/2015



# Personal Information

Here you will find your personal information, including your legal name(s), year of birth, current and previous addresses, and current and previous employers.



| Profile | Experian | Equifax | TransUnion |
|---------|----------|---------|------------|
| **Name** **(Also Known As) AKA** | MICHELLE M MANNING | MICHELLE MANNING MICHELLE POWERS | MICHELLE M MANNING MANNING,MICHELLE,MARIE POWERS,MICHELLE,M |
| **Year of Birth** **Address(es)** | 1960 5393 W HARRISON CT, CHANDLER, AZ 85226-1934 | 1960 5393 W HARRISON CT, CHANDLER, AZ 85226 | 1960 5393 HARRISON CT, CHANDLER, AZ 85226 |
| **Current Employer** **Previous Employer** | MED MARK arizona highways | MEDIA AMERICA CORP MAC PHX MAG | STATE OF ARIZONA |

## Personal Statement

This space is reserved for statements of dispute. For most consumers, no information appears in this section.

MICHELLE M MANNING
Report As Of: 10/15/2015

 **Experian®**

# Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.





| | CITIFINANCIAL | | Experian | Equifax | TransUnion |
|---|---|---|---|---|---|
| | | Account Name | | CITIFINANCIAL | CITIFINANCIAL |
| | Potentially Negative Closed | Account # | | 607209182718XXXX | 607209182718XXXX |
| | | Account Type | | Personal Loans Cos. | Finance, personal |
| 8009226235 | | Balance | | $1,043.00 | $1,043.00 |
| 605 MUNN ROAD | | Past Due | | $1,043.00 | $1,043.00 |
| C/S CARE DEPT | | Date Opened | | 4/28/2007 | 4/28/2007 |
| FORT MILL, SC 29715 | | Account Status | | Closed | Closed |
| | | Mo. Payment | | $150.00 | $150.00 |
| | | Payment Status | | Bad debt & placed for collection & skip | Charged off as bad debt |
| | | High Balance | | $0.00 | $7,490.00 |
| | | Limit | | $0.00 | $0.00 |
| | | Terms | | M 76M | 76 Months |
| | | Comments | | CHARGED OFF ACCOUNT. PRINCIPAL DEFERRED / INTEREST PAYMENT ONLY | |

**24/Mo Payment History**

| | 2013 | | | | 2014 | | | | | | | | | | | | 2015 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
| Equifax | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |

# EXHIBIT G

# EQUIFAX

## CREDIT FILE : November 13, 2015
## Confirmation # 5309031466

Dear Michelle Manning:

Below are the results of your reinvestigation request and. as applicable. any revisions to your credit file.  If you have additional questions regarding the reinvestigated items. please contact the source of that information directly.  You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm  Monday–Friday in your time zone.

For an added convenience. use one of the below options to start an investigation or check the status of your dispute.

Please note. when you provide documents. including a letter. to Equifax as part of your dispute. the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at  866–349–5186.

Thank you for giving Equifax the opportunity to serve you.

002077651-13764
Michelle Manning
5393 W Harrison Ct
Chandler, AZ 85226-1934

P. O. Box 105518
Atlanta, GA 30348

| The Results Of Our Reinvestigation |
|---|

| Credit Account Information<br>*(For your security, the last 4 digits of account number(s) have been replaced by *)*<br>*(This section includes open and closed accounts reported by credit grantors)* | | | |
|---|---|---|---|
| **Account History**<br>**Status Code**<br>**Descriptions** | 1 : 30–59 Days Past Due<br>2 : 60–89 Days Past Due<br>3 : 90–119 Days Past Due<br>4 : 120–149 Days Past Due | 5 : 150–179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |

**>>> We have researched the credit account.  Account # – 607209182718*  The results are:** This creditor has verified to OUR company that the balance is being reported correctly. This creditor has verified to OUR company that the current status is being reported correctly. This creditor has verified to OUR company that the prior paying history is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact:  *Citifinancial, 605 Munn Rd E, C/S Care Dept, Fort Mill SC  29715–8421 Phone: (800) 922–6235*

**Citifinancial** 605 Munn Rd E Attn C/S Care Dept Fort Mill SC 29715-8421 : (800) 922-6235

| Account Number | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 607209182718* | | 04/01/2007 | $0 | $0 | | 76M | Monthly | | 99 | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/2015 | $1.043 | $1.043 | 08/2014 | $0 | $150 | 08/2012 | | 02/2013 | $2.086 | | $0 | | |

Status – Charge Off; Type of Account – Installment; Type of Loan – Unsecured; Whose Account – Individual Account; ADDITIONAL INFORMATION – ; Charged Off Account; Principal Deferred/Interest Payment Only;

| Account History with Status Codes | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | L | L | L | L | L | L | L | L | L | 6 | 5 | 4 | 3 | 2 | 1 |

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information. including the business name and address of the furnisher of information contacted. and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute. you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information. or you submit a statement in accordance with the preceding paragraph. you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California. Colorado. Maryland. New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

( End Of Report )

5309031466APPLADM-002077651- 13764- 17056 -

# EXHIBIT H



**Prepared for: MICHELLE M MANNING**
Date: **November 12, 2015**
Report number: **2822-5508-19**

Page 1 of 4

## Dispute Results

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record. You may also submit additional documents to us supporting your claim at experian.com/upload or by mail.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;

- add a statement disputing the accuracy or completeness of the information; and

- request that we send these results to organizations that you specifically designate who have requested your credit report, which contained the deleted or disputed information, within the past two years for employment purposes or within six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York.) As a word of general precaution, the results can contain sensitive information; as such, you will want to give careful thought when sharing this information.

If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental.

If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item was not changed as a result of our processing of your dispute

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

**Processed** - This item was either updated or deleted; review this report to learn its outcome

## Results

We have completed the processing of your dispute(s). Here are the results:

| Credit items | Outcome |
|---|---|
| CHASE CARD 426888003453.... | Updated |

Visit experian.com/status to check the status of your pending disputes at any time

PO Box 9701
Allen, TX 75013

0002572 ol ... UDIO
MICHELLE M MANNING
5393 W HARRISON CT
CHANDLER AZ 85226-1934

0139718540



## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Payment history legend

| | |
|---|---|
| Current/Terms of agreement met | VS Voluntarily surrendered |
| Account 30 days past due | F Repossession |
| Account 60 days past due | PBC Paid by creditor |
| Account 90 days past due | IC Insurance claim |
| Account 120 days past due | G Claim filed with government |
| Account 150 days past due | D Defaulted on contract |
| Account 180 days past due | C Collection |
| CRD Creditor received deed | CO Charge off |
| FS Foreclosure proceedings started | CLS Closed |
| F Foreclosed | ND No data for this time period |

## ◼ Credit items

| | | | | |
|---|---|---|---|---|
| **CHASE CARD**<br>PO BOX 15298<br>WILMINGTON DE 19850<br>**Phone number**<br>(800) 432 3117<br>**Partial account number**<br>426888003453...<br>**Address identification number**<br>0164272037 | **Date opened**<br>May 2003<br>**First reported**<br>Feb 2009<br>**Date of status**<br>Sep 2012 | **Type**<br>Credit card<br>**Terms**<br>Not reported<br>**Monthly payment**<br>Not reported | **Credit limit or original amount**<br>$11,000<br>**High balance**<br>$11,578 | **Recent balance**<br>$3,973 as of Nov 2015 |

**Responsibility**
Individual
**Status**
Account charged off. $3,973 written off. $3,973 past due as of Nov 2015.
This account is scheduled to continue on record until Jul 2016.
**Comment:**
Account closed at credit grantor's request.
This item was updated from our processing of your dispute in Nov 2015.

**Payment history**

2015
NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN

2014
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN

2013
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN

2012
DEC NOV OCT SEP AUG JUL JUN

2011
MAY APR MAR FEB JAN

2010
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN

2009
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB



**Prepared for: MICHELLE M MANNING**
Date: November 12, 2015
Report number: 2822-5508-19

— End of Report —

If you disagree with information in your report you may dispute most information at:
## www.experian.com/disputes

You may also visit www.experian.com to view your report again.

**Experian**
A world of insight

Prepared for: **MICHELLE M MANNING**
Date: **November 12, 2015**
Report number: **2822-5508-19**

Page 4 of 4

THIS PAGE INTENTIONALLY LEFT BLANK

# EXHIBIT I

*** 332311032-011 ***
P.O. Box 2000
Chester, PA 19022-2000

11/13/2015



P51ZW100200212-I001267-014B03394

MICHELLE M. MANNING
5393 W HARRISON CT
CHANDLER, AZ 85226-1934

*You are invited to participate in a brief survey designed to measure your satisfaction with TransUnion. None
of your personal information or your credit information will be collected through this online survey.
We value your feedback!*

*http://transunionmail.periscopeiq.com*



Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you
disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the
corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a
consumer statement that contains medical information related to service providers or medical procedures, then you
expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain
documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you
may request that TransUnion send an updated report to those who received your report within the last two years for
employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name,
address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| CITIFINANCIAL<br>605 MUNN RD<br>C/S CARE DEPT<br>FORT MILL, SC 29715<br>(800) 922-6235 | # 607209182718**** | NEW INFORMATION BELOW |

**File Number:** 332311032
**Date Issued:** 11/13/2015



## -Begin Credit Report-

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The keys below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | [XX] | [OK] | [30] | [60] | [90] | [120] | [COL] | [VS] | [RPS] | [CO] | [FCL] |
|-----|------|------|------|------|------|-------|-------|------|-------|------|-------|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

**CITIFINANCIAL #607209182718****** (605 MUNN RD, C/S CARE DEPT, FORT MILL, SC 29715, (800) 922-6235)

| | | |
|---|---|---|
| **Date Opened:** 04/28/2007 | **Balance:** $1,043 | **Pay Status:** >Charged Off< |
| **Responsibility:** Individual Account | **Date Updated:** 11/12/2015 | **Terms:** $150 per month, paid Monthly for |
| **Account Type:** Installment Account | **Payment Received:** $0 | 76 months |
| **Loan Type:** UNSECURED | **Last Payment Made:** 08/28/2014 | **Date Closed:** 02/28/2013 |
| | **High Balance:** $7,490 | >Maximum Delinquency of 120 days in 11/2012 |
| | **Past Due:** >$1,043< | for $778 and in 01/2013< |

**Remarks:** DISP INVG COMP-RPT BY GRNTR; PRNCPL DEFRD/INTRST PYMT ONLY; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 07/2019

| | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | | | | | | | | | | |

| | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | | | | | | | | | | | | |

| | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | | | | | | | | | | | | |

| | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

### - End of investigation results -

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

### -End of Credit Report-

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

2015 DEC -1  PM 3: 45

**MᴄCᴀʀᴛʜʏ LAW PLC**
CANDID CONVERSATION. WISE COUNSEL.

Kevin Fallon McCarthy, 011017
Joon Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
joon.kee@mccarthylawyer.com
Attorneys for Plaintiff(s)

## McDOWELL MOUNTAIN JUSTICE COURT
## MARICOPA COUNTY, STATE OF ARIZONA
### 18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

MICHELLE MANNING

    Plaintiff,

v.

CITIFINANCIAL INC., EQUIFAX
INFORMATION SERVICES LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., AND TRANSUNION,
LLC,

    Defendants.

Case No.: CC **2 0 1 5 2 2 3 5 9 3**

**INITIAL DISCOVERY SET TO
CITIFINANCIAL, INC.**

   Plaintiff, MICHELLE MANNING, gives notice of service upon and requests that Defendant individually respond to the following interrogatories, requests for production, and requests for admission within sixty (60) days of service.

### PREFATORY INSTRUCTIONS TO INTERROGATORIES

   The Justice Court Rules of Civil Procedure allow a party to send up to forty (40) interrogatories to another party. An interrogatory is a written question that is sent by a party to another party that must be answered in writing and under oath by the party to whom the interrogatory is sent. If you do not answer an interrogatory because you object to the interrogatory, you must state a reason for your objection.

   Provide your answers in the space directly below each question. If there is not enough space for your answer to a particular question, you may continue on a blank page by including the question above your answer. After you have completed your response to the interrogatories, you must sign on the last page to affirm that you have truthfully answered the questions and that you have a good faith basis for any objections that you may have made. You must provide your original answers to interrogatories to the party who sent them to you, and you must provide a copy to every other party in the lawsuit.

   Your response to these interrogatories is due forty (40) days after they have been served on you, unless the interrogatories were served with the summons and complaint, in which case

CCARTHY LAW, PLC
250 N. DRINKWATER BLVD
UITE 320
COTTSDALE, ARIZONA 85251
02-456-8900

Manning v. Citifinancial, INC. et al.   1   DISCOVERY

your response is due within sixty (60) days after the date of service, or unless otherwise ordered by the court. If you do not answer these interrogatories by the date provided in this notice, the party who served them may file a motion asking that the court order you to answer them. If the court enters that order, the court may also require you to pay expenses, including attorneys' fees incurred

by the other party in obtaining the order. If you fail to comply with the order, the other party may ask the court to impose additional penalties against you, including: that you may not introduce evidence of some or all or your claims or defenses in this lawsuit; if you are a plaintiff, that your lawsuit be dismissed; or if you are a defendant, that judgment be entered against you by default.

All information is to be divulged which is in the possession of the individual or corporate party, his attorneys, investigators, agents, employees, or other representatives of the named party.

When an individual interrogatory calls for an answer that involves more than one party, each part of the answer should clearly set out so that it is understandable.

## DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph' as those terms are defined in Rule 1001; Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

(a)    the nature of the document (e.g., letter, memorandum, contract, etc.);

(b)    the author or sender of the document;

(c)    the recipient of the document;

(d)    the date the document was authored, sent, and/or received; and

(e)    the reason such document is allegedly privileged.

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

CCARTHY LAW, PLC
250 N. DRINKWATER BLVD
JITE 320
COTTSDALE, ARIZONA 85251
02-456-8900

Manning v. Citifinancial, INC. et al.          2          DISCOVERY

Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.

Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or otherwise recorded.

"Identify" means that you should state:

(a) any and all names, legal, trade or assumed;

(b) all addresses used; and

(c) all telephone and tele-fax numbers used.

"Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

"Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

The term "consumer reporting agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

## NON UNIFORM INTERROGATORIES

**INTERROGATORY NO. 1:** Please identify the names, addresses, and telephone numbers of all persons who supplied information responsive to these interrogatories.

**ANSWER:**

CCARTHY LAW, PLC
250 N. DRINKWATER BLVD
UITE 320
COTTSDALE, ARIZONA 85251
02-456-8900

1   **INTERROGATORY NO. 2:**  Please identify the names, addresses, and telephone numbers of

2   all persons who have personal knowledge of any of the facts, events, or matters that are alleged in

3   Plaintiff's complaint, your answer, anticipated answer and/or defenses thereto and describe and

4   explain your understanding of the matters on which the persons named have knowledge.

5   **ANSWER:**

6

7

8   **INTERROGATORY NO. 3:**   Please identify all correspondence or documents that refer or

9   relate to any correspondence or communication between you and any other person relating or

10   referring to the facts, acts, events, or matters alleged in Plaintiff's complaint, or your answer,

11   anticipated answer and/or defenses thereto.

12   **ANSWER:**

13

14

15   **INTERROGATORY NO. 4:**  Please identify each person whom you may call as a witness at

16   trial including name, address, and telephone number, and the substance of the facts and opinions

17   to which the witness may testify.

18   **ANSWER:**

19

20

21   **INTERROGATORY NO. 5:**  Please list, explain and describe documents known to you or

22   believed by you to exist concerning the events described in Plaintiff's complaint or concerning

23   any event which is the subject of any defense you have raised to this lawsuit.

24   **ANSWER:**

25

26

27

28

CCARTHY LAW, PLC
250 N. DRINKWATER BLVD
JITE 320
COTTSDALE, ARIZONA 85251
02-456-9900

Manning v. Citifinancial, INC. et al.          4                                    DISCOVERY

1  **INTERROGATORY NO. 6:** Please identify each employee or non-employee witness or expert

2  witness you believe may have formed any opinion or consulted with you about the facts or basis

3  of this lawsuit or any defense or allegation you have raised in this lawsuit. For each such person

4  identified, please list each and every lawsuit in which that person has testified by affidavit,

5  deposition, trial testimony, or by report furnished to the court or opposing counsel. Please explain

6  and describe the nature of each such statement by the person so identified. Please identify the

7  lawsuit by complete caption, court name, cause number, and date the affidavit, deposition, trial

8  testimony, or report was made, taken or occurred.

9  **ANSWER:**

10

11

12  **INTERROGATORY NO. 7:** Please identify all individuals known to you or your attorney who

13  are not witnesses, but who you have reason to believe have knowledge pertinent to the events at

14  issue as alleged in the pleadings, and provide a brief summary of the facts to which each such

15  person could testify. For each person, please state the following:

16      a.      Please state whether each such person is affiliated with, or related

17          to, or employed by any party (or its agents, servants, officers, or

18          employees) to this lawsuit;

19      b.      If any of the persons so listed in response to this interrogatory do

20          not fit the characterization in subpart (a) above, please describe the nature

21          of their involvement in this lawsuit;

22      c)      Please explain and describe your understanding of their knowledge

23          of such facts.

24  **ANSWER:**

25

26

27  **INTERROGATORY NO. 8:** Please state whether any of the individuals listed in the answers to

28  the preceding interrogatories have given any statement[s] to you and, if so, please identify the

cCARTHY LAW, PLC
250 N. DRINKWATER BLVD
JITE 320
:OTTSDALE, ARIZONA 85251
02-456-8900

Manning v. Citifinancial, INC. et al.          5          DISCOVERY

1   individual giving the statement, identify the individual to whom the statement was given, the date

2   of the statement, and whether or not the statement was written or recorded and, if it was written

3   or recorded, identify the individual presently in possession of such writing or recording.

4   **ANSWER:**

5

6

7   **INTERROGATORY NO. 9:**  Please list each exhibit which you may attempt to introduce as

8   evidence at the trial of this case, or which has been used or referred to by any witness, expert or

9   lay, on your behalf.

10  **ANSWER:**

11

12

13  **INTERROGATORY NO. 10:** For each paragraph of Plaintiff's complaint which you deny the

14  allegations, please explain and describe any facts which you believe support each denial.

15  **ANSWER:**

16

17

18  **INTERROGATORY NO. 11:**   Please explain and describe when, how and under what

19  circumstances you archive, retain or capture account data in any file bearing any of Plaintiffs'

20  personal identifiers. List the archived data files and reports wherein any personal information

21  about Plaintiff or attributed to any of Plaintiff's personal identifiers, including the date such data

22  was captured, retained and/or archived, who has possession of those reports, the manner in which

23  the reports are maintained, and the retention policy[ies] regarding those reports. This request

24  includes your normal data file retention processes.

25  **ANSWER:**

26

27

28

CCARTHY LAW, PLC
250 N. DRINKWATER BLVD
UITE 320
COTTSDALE, ARIZONA 85251
02-456-8900

Manning v. Citifinancial, INC. et al.          6                          DISCOVERY

1  **INTERROGATORY NO. 12:**  Please explain and describe when and how you transmit account

2  data stored in any file bearing any of Plaintiff's personal identifiers to any Consumer Reporting

3  Agency ("CRA").

4  **ANSWER:**

5

6

7  **INTERROGATORY NO. 13:**  Please explain and describe any disputes you received from

8  Plaintiff or concerning Plaintiff and explain and describe your actions and disposition of your

9  actions in connection with each contact or communication.

10  **ANSWER:**

11

12

13  **INTERROGATORY NO. 14:**  Please explain and describe each Consumer Dispute Verification

14  or Automated Consumer Dispute Verification ("CDV" or "ACDV" respectively) communication

15  or other dispute communication you issued to any furnisher of credit information which pertained

16  to Plaintiff or any of his/her personal identifiers. For each such CDV, ACDV or other dispute

17  communication, please identify the person reporting such dispute, state the date the dispute was

18  received and the date you issued any response, explain and describe the dispute conveyed, and

19  fully explain and describe your response[s] on each such occasion.

20  **ANSWER:**

21

22

23  **INTERROGATORY NO. 15:**  Please list, explain and describe each and every code contained

24  in each reinvestigation record and file and retained computer record and screen/file you generated

25  and accessed regarding Plaintiff. For each such code, please also explain and describe, in detail,

26  the purpose of such code, the content of such action, the duration of such action, and the reason

27  you permitted such action or entry.

28  **ANSWER:**

CCARTHY LAW, PLC
250 N. DRINKWATER BLVD
UITE 320
OTTSDALE, ARIZONA 85251
02-456-8900

Manning v. Citifinancial, INC. et al.          7                          DISCOVERY

1
2
3
4

## **PREFATORY INSTRUCTIONS TO REQUEST FOR PRODUCTION**

5   The Justice Court Rules of Civil Procedure allow a party to request from another party up
to ten (10) documents or items, or up to ten (10) categories of documents or items. If you do not
6   produce a document or a category of documents or items because you object to a specific request,
you must state a reason for your objection. A party may also request to enter on to designated
7   land or other property to inspect it, or to take measurements, photographs, or samples.

8   A party who produces documents must provide them as they are kept in the usual course
of business, or they must organize and label them in response to the requests. Electronic
9   documents or electronic records must be produced in the format that has been requested or in the
format that the electronic documents or records are usually kept.

10   You must provide your original response to requests under this rule to the party who sent
them to you, and you must provide a copy to every other party in the lawsuit. Your response to
11   requests made under this rule is due forty (40) days after the requests have been served on you,
unless the requests were served with the summons and complaint, in which case your response is
12   due within sixty (60) days after the date of service, or unless otherwise ordered by the court. If
13   you do not comply with the requests that have been made in this notice, the party who served
them may file a motion asking that the court order you to comply. If the court enters that order,
14   the court may also require you to pay expenses, including reasonable attorneys' fees, incurred by
the other party in obtaining the order. If you fail to comply with the order, the other party may
15   ask the court to impose additional penalties against you, including: that you may not introduce
evidence of some or all or your claims or defenses in this lawsuit; if you are a Plaintiff, that your
16   lawsuit be dismissed; or if you are a defendant, that judgment be entered against you by default.

17
18   Each of the above-named parties is to produce for inspection and copying all documents
in their possession or control or otherwise available to it/them that is/are responsive to the
requests contained in the numbered paragraphs below. Each of the above-named parties shall
19   specify which documents are produced in response to each of the numbered paragraphs.

20   If any document herein requested was formerly in the possession, custody, or control of
21   each of the above-named parties and has been lost or destroyed, each of the above-named parties
is requested to submit in lieu of each document a written statement which:

22
23   1. Describes in detail the nature of the document and its contents; AND

24   2. Identifies the person who prepared or authored the document and, if applicable, the
person(s) to whom the document was sent; AND

25   3. Specifies the date on which the document was prepared or transmitted or both; AND

26   4. Specifies, if possible the date on which the document was lost or destroyed, and, if
27   destroyed, the conditions or the reasons for such destruction and the persons requesting and
performing the destruction.

28

If any document otherwise required to be produced by this request is withheld on the grounds of privilege or otherwise, you shall identify the document by document control number if available, or other sufficient information to identify the document and the reasons for the non-disclosure.

This request for production of documents is continuing and any document obtained or located subsequent to production, which would have been produced, had it been available or its existence known at the time is to be supplied forthwith.

## DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph' as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

    (a)    the nature of the document (e.g., letter, memorandum, contract, etc.);

    (b)    the author or sender of the document;

    (c)    the recipient of the document;

    (d)    the date the document was authored, sent, and/or received; and

    (e)    the reason such document is allegedly privileged.

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed

cCARTHY LAW, PLC
250 N. DRINKWATER BLVD
UITE 320
COTTSDALE, ARIZONA 85251
02-456-8900

Manning v. Citifinancial, INC. et al.        9        DISCOVERY

1  explanation of the action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.

2

3  Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or otherwise recorded.

4

5  "Identify" means that you should state:

6      (a) any and all names, legal, trade or assumed; AND

7      (b) all addresses used; AND

8      (c) all telephone and tele-fax numbers used.

9

10  "Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

11

12  "Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

13

14  The term "consumer reporting agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

15

16

17

18  ## **REQUESTS FOR PRODUCTION**

19  **REQUEST NO. 1:** Please produce a copy of all documents or computerized records, kept in any

20  form or manner, known to you or believed by you to exist concerning any of the events described

21  in Plaintiff's Complaint or concerning any of the events which are the subject[s] of any

22  allegations, defense[s] or contentions you have raised to this lawsuit or in connection with this

23  lawsuit.

24  **ANSWER:**

25

26

27  **REQUEST NO. 2:** Please produce a complete and legible copy, transcription and summary of

28  any statement[s], in any recorded format, provided to you or your attorneys in connection with

CCARTHY LAW, PLC
250 N. DRINKWATER BLVD
UITE 320
COTTSDALE, ARIZONA 85251
02-456-8900

Manning v. Citifinancial, INC. et al.    10    DISCOVERY

1   any of the facts, asserted by any person, in this lawsuit and, if the witness produce any tangible

2   item, please produce that item for inspection and copying at the time of your responses or

3   produce a copy of that item with your responses.

4   **ANSWER:**

5

6

7   **REQUEST NO. 3:**

8   Please produce a complete and legible copy of each exhibit which you may attempt to introduce

9   as evidence at the trial of this case.

10  **ANSWER:**

11

12

13  **REQUEST NO. 4:**  For each paragraph of Plaintiff's petition for which you deny the allegations,

14  please provide a copy of any evidence or proof which you believe may support each denial.

15  **ANSWER:**

16

17

18  **REQUEST NO. 5:**  Please produce a complete and legible copy of any communications you

19  received from Plaintiff and which you sent to Plaintiff.

20  **ANSWER:**

21

22

23

24

25

26

27

28

CCARTHY LAW, PLC
250 N. DRINKWATER BLVD
UITE 320
COTTSDALE, ARIZONA 85251
02-456-8900

Manning v. Citifinancial, INC. et al.        11                        DISCOVERY

1
2
3
4

## PREFATORY INSTRUCTIONS TO REQUEST FOR ADMISSION

5      The Justice Court Rules of Civil Procedure allow a party to send up to twenty-five (25)
6 requests for admissions to another party. Each request must contain only one fact or one
contention to admit or deny. A request may inquire about whether a document is genuine or
7 accurate. You must admit or deny each of these requests, unless you object to a request, in which
case you must state a reason for your objection. You may not object on the basis that you do not
8 have knowledge or information concerning the request unless you have first made a reasonable
inquiry to obtain knowledge or information.

9      You must provide your original response to requests under this rule to the party who sent
them to you, and you must provide a copy to every other party in the lawsuit. Responses to
10 requests for admissions are due forty (40) days from the date they are served, unless the requests
were served with the summons and complaint, in which case your response is due within sixty
11 (60) days after the date of service, or as ordered by the court.

12      If you do not respond to these requests for admissions by the date provided in this notice,
your failure to respond may be considered as an admission of the requests.
13

14
## DEFINITIONS
15      When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include
every individual party and include your agents, employees, your attorneys, your accountants,
16 your investigators, anyone else acting on your behalf. Separate answers should be given for each
person named as the party, if requested.
17

18 When the term "document" is used, it is meant to include every "writing", "recording" and
"photograph' as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document"
19 responsive to any request withheld from production by you on the ground of any privilege, please
state:

20      (a)    the nature of the document (e.g., letter, memorandum, contract, etc.);
21
22      (b)    the author or sender of the document;

23      (c)    the recipient of the document;

24      (d)    the date the document was authored, sent, and/or received; and
25
26      (e)    the reason such document is allegedly privileged.

27      Where the term "contract" is used, it is meant to mean or to include the contract between
the parties to this action that is the subject of the pleadings.

28

CCARTHY LAW, PLC
250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
02-456-8900

Manning v. Citifinancial, INC. et al.        12                        DISCOVERY

1    Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

2

3    Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

4    Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

5

6    Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.

7

8

9

10

11    Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or otherwise recorded.

12

13    "Identify" means that you should state:

14        (a) any and all names, legal, trade or assumed; AND

15        (b) all addresses used; AND

16        (c) all telephone and tele-fax numbers used.

17

18    "Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

19

20    "Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

21

22    The term "Consumer Reporting Agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

23

24

25                          **REQUESTS FOR ADMISSION**

26    **REQUEST FOR ADMISSION NO. 1:**    Admit that you, Defendant, reported to one or more

27    Consumer Reporting Agency ("CRA") account information bearing the personal identifier[s] of

28    Plaintiff.

CCARTHY LAW, PLC
250 N. DRINKWATER BLVD
SITE 320
SCOTTSDALE, ARIZONA 85251
502-456-8900

Manning v. Citifinancial, INC. et al.      13      DISCOVERY

1             ☐ADMIT  ☐DENY

2    **REQUEST FOR ADMISSION NO. 2:**  Admit that you, Defendant, hired Capital Management

3    Services, LP to service the Account ending 5404.

4             ☐ADMIT  ☐DENY

5    **REQUEST FOR ADMISSION NO. 3:**   Admit that you, Defendant, sold Plaintiff's account

6    ending in 5404 to a third party.

7             ☐ADMIT  ☐DENY

8    **REQUEST FOR ADMISSION NO. 4:**   Admit that you, Defendant, no longer own Plaintiff's

9    account ending in 5404 to a third party.

10            ☐ADMIT  ☐DENY

11   **REQUEST FOR ADMISSION NO. 5:**  Admit that you, Defendant, failed to report to one or

12   more CRA(s) that Plaintiff's account ending in 5404 was sold to a third party.

13            ☐ADMIT  ☐DENY

14   **REQUEST FOR ADMISSION NO. 6:**  Admit that you, Defendant, failed to report to one or

15   more CRA(s) that Plaintiff's account ending in 5404 was charged off.

16            ☐ADMIT  ☐DENY

17   **REQUEST FOR ADMISSION NO. 7:**  Admit that you, Defendant, failed to report to one or

18   more CRA(s) that Plaintiff's account ending in 5404 has a zero balance.

19            ☐ADMIT  ☐DENY

20

21   Respectfully submitted this 30th day of November 2015.

22                              MCCARTHY LAW, PLC

23                              By: _____

24                                 ~~Kevin~~ Fallon McCarthy, Esq.
                                   Joon N. Kee, Esq.
25                                 Attorney for Plaintiff(s)

26

27

28

CCARTHY LAW, PLC
250 N. DRINKWATER BLVD
JITE 320
COTTSDALE, ARIZONA 85251
02-456-9900

Manning v. Citifinancial, INC. et al.          14                      DISCOVERY

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

2015 DEC -1  PM 3: 44

**McCARTHY  L A W  P L C**
CANDID CONVERSATION. WISE COUNSEL.

Kevin Fallon McCarthy, 011017
Joon Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
joon.kee@mccarthylawyer.com
Attorneys for Plaintiff(s)

MCDOWELL MOUNTAIN JUSTICE COURT
MARICOPA COUNTY, STATE OF ARIZONA
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

MICHELLE MANNING

     Plaintiff,

v.

CITIFINANCIAL INC., EQUIFAX
INFORMATION SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., AND
TRANSUNION, LLC,

    Defendants.

Case No.: CC 2015 2235 93 CC

**SUMMONS**

**STATE OF ARIZONA TO:**

**CITIFINANCIAL, INC.**
    S/A: CT CORPORATION SYSTEM,
    3800 NORTH CENTRAL AVENUE,
    SUITE 460,
    PHOENIX, ARIZONA 85012.

**EQUIFAX INFORMATION SERVICES LLC,**
    S/A: CORPORATION SERVICE COMPANY
    2338 WEST ROYAL PALM ROAD
    STE J
    PHOENIX, ARIZONA 85021

**EXPERIAN INFORMATION SOLUTIONS, INC.**
    S/A: CT CORPORATION SYSTEM
    3800 NORTH CENTRAL AVENUE
    SUITE 460
    PHOENIX, ARZIONA 85012

McCarthy Law. PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale. Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Manning v. Citifinancial. INC. et al.    1    Summons

**TRANSUNION, LLC**
S/A: PRENTICE-HALL CORP SYSTEM
2338 WEST ROYAL PALM ROAD
STE J
PHOENIX, ARIZONA 85021

### THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):

1.     YOU ARE SUMMONED to respond to this complaint by filing a written ANSWER with this Court and by paying the required fee. If you cannot afford to pay the required fee, you may request that the Court either waive or defer the fee.

2.     If you were served with this summons in the State of Arizona, the Court must receive your answer within twenty (20) calendar days from the date you were served. If you were served outside the State of Arizona, the Court must receive your answer within thirty (30) calendar days from the date you were served. If the last day is a Saturday, Sunday, or legal holiday, you will have until the next working day to file your answer. When calculating time, do not count the day you were served with the summons.

3.     Your answer must be in writing.

       (a) You may obtain an answer form from this Court.

       (b) You may also obtain an answer form from the Form section of the Maricopa County Justice Courts website at http://justicecourts.maricopa.gov.

4.     Provide a copy of your answer to the Plaintiff(s) or to the Plaintiff's attorney in accordance with JCRCP Rule 120.

5.     **IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THIS COURT WITHIN THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU.**

The name and address of Plaintiff's attorney is:

                Kevin Fallon McCarthy, Esq.
                Joon Kee, Esq.
                McCARTHY LAW PLC
                4250 North Drinkwater Boulevard, #320
                Scottsdale, Arizona 85251

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Manning v. Citifinancial. INC. et al.        2                        Summons

1   SIGNED AND SEALED this date: _____ DEC **0 1** 2015 _____

2                                      By: _____
                                           Deputy Clerk

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Manning v. Citifinancial. INC. et al.          3                    Summons

# NOTICE TO THE DEFENDANT: A LAWSUIT HAS BEEN FILED AGAINST YOU IN JUSTICE COURTS

You have rights and responsibilities in this lawsuit. Read this notice carefully.

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by an officer of the corporation, and a limited liability company ("LLC") may be represented by a managing member. A corporation or an LLC may also be represented by an attorney. If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at http://www.azcourts.gov/, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint in writing and within twenty (20) days from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, on the Maricopa County Justice Court website at http://justicecourts.maricopa.gov/, and on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Manning v. Citifinancial. INC. et al.          4                                    Summons